IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FATIHA HAOUASS | § § | |
| v. | § § | CIVIL ACTION NO: 1:22-cv-00855 |
| TERRY TURNER | § § | |

### DEFENDANT'S INITIAL DISCLOSURES

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Defendant, Terry Turner, files his Initial Disclosures as follows:

A.  **INDIVIDUALS WITH RELEVANT INFORMATION:**

As a result of the incident, which is the subject of this Request, criminal charges have been filed against Mr. Turner. Thus, on the advice of counsel, Mr. Turner refuses to respond to this Request based on the protections afforded under the Fifth Amendment to the United States Constitution.

B.  **DOCUMENTS BEARING SIGNIFICANCE ON CLAIMS AND/OR DEFENSES:**

As a result of the incident, which is the subject of this Request, criminal charges have been filed against Mr. Turner. Thus, on the advice of counsel, Mr. Turner refuses to respond to this Request based on the protections afforded under the Fifth Amendment to the United States Constitution.

C.  **DAMAGES:**

Plaintiff seeks monetary damages under a claim for wrongful death, including damages for loss of consortium, past and future mental anguish, attorney's fees, costs of court, and pre/post judgment interest.

D.  **INSURANCE INFORMATION:**

Defendant will supplement.

Respectfully submitted,

**GERMER PLLC**

By: /s/ Robin N. Blanchette

                              Robin N. Blanchette
                              State Bar No. 24045509
                              Federal I.D. No. 567832
                              America Tower
                              2929 Allen Parkway, Suite 2900
                              Houston, Texas 77019
                              Telephone: (713) 650-1313
                              Facsimile: (713) 739-7420
                              Email: rblanchette@germer.com

                              **ATTORNEY FOR DEFENDANT**
                              **TERRY TURNER**

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the above and foregoing instrument has been duly served on the following counsel through the Court's CM/ECF system on this the 20th day of December, 2022:

rebecca@rebweblaw.com
Rebecca Webber
Webber Law
4228 Threadgill Street
Austin, Texas 78723

jalsaffar@nationaltriallaw.com
tjacob@nationaltriallaw.com
Jamal Alsaffar
Tom Jacob
Whitehurst, Harkness, Brees, Cheng,
Alsaffar, Higginbotham & Jacob, PLLC
1114 Lost Creek Blvd., Suite 410
Austin, Texas 78746

                              /s/ Robin N. Blanchette
                              Robin N. Blanchette